AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF


Filed 7/12/05
LBR

**APPEARANCE**

Case Number: 05-1684-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Angel Rivera

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/12/05 | /s/ Thomas Kerner |
| Date | Signature |
| | J THOMAS KERNER      552373 |
| | Print Name                Bar Number |
| | 230 Commercial St |
| | Address |
| | Boston         MA         02109 |
| | City            State      Zip Code |
| | 617 720 5509      720 0707 |
| | Phone Number              Fax Number |