✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST | | |
|---|---|---|---|---|---|---|---|
| V. | | | | | | | |
| WILGEN ANIBAL BRITO-MELO | | | | | Case Number: 05-1684-CBS | | |
| ANGEL RIVERA | | | | | | | |

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | | |
|---|---|---|---|---|---|---|---|
| Charles B. Swartwood, III | | | Gallagher | | MURPHY | | |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | | |
| 8/3/2005 | | | 2:39 P | | Roland | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | | |
| | | | | | Witnesses | | |
| | | 8/3/2005 | | | Mark Tulley | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Exhibits | | |
| 1 | | 8/3/2005 | X | X | Complaint Affidavit | | |
| 5 | | 8/3/2005 | X | X | Massachusetts Uniform Citation | | |
| 3 | | 8/3/2005 | X | X | Apartment Lease Agreement | | |
| 2 | | 8/3/2005 | X | X | DEA 6, Money, Handgun , Heroin & Cocain Base seized | | |
| 4 | | 8/3/2005 | X | X | Photocopy of seized handwritten note | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages