UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-CR-01684-CBS

UNITED STATES OF AMERICA

V.

ANGEL RIVERA
(r/n RAFAEL HEURTA)

**MOTION TO JOIN MOTION TO SUPPRESS FILED BY CODEFENDANT BRITO-MELO**

Now comes Angel Rivera (real name Rafael Heurta) and moves this Honorable Court to allow the defendant to join the motion to suppress filed by codefendant Brito-Melo.

In support of this motion, Heurta claims that during the week of February 20-24, defense counsel experienced computer difficulties which, caused counsel to lose work and research.

For the same reasons cited by codefendant Brito-Melo, the defendant seeks to suppress all items seized from the white Taurus, blue Saab, the Quarry Street Apartment and the Garage. The defendant was a passenger in the Taurus, was in lawful possession of the Saab, having dominion and control of the Saab, and rented the Quarry Street Apartment and the Garage.

                                      **Respectfully Submitted,**
                                      **RAFAEL HEURTA,**

                                      **By his attorney:**


                                      _____
                                      **J. THOMAS KERNER**
                                      **MA BBO # 552373**
                                      **Attorney at Law**
                                      **230 Commercial Street**
                                      **Boston, MA  02109**
                                      **(617) 720-5509**